**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2582**

RORIE N. WILSON,

Plaintiff – Appellant,

v.

CBS CORPORATION, f/k/a Viacom, Inc., f/k/a Westinghouse Electric Corporation,

Defendant – Appellee,

and

AC&S, INC.; AMCHEM PRODUCTS, INC.; C.E. THURSTON & SONS, INC.; COMBUSTION ENGINEERING, INC.; DANA CORPORATION, Individually & As a Successor in Liability to Smith Kanzler; THE FLINTKOTE CO.; GENERAL REFRACTORIES COMPANY; GEORGIA-PACIFIC CORPORATION; HALLIBURTON ENERGY SERVICES CORP.; HONEYWELL, INC., agent of Allied-Signal, Inc. (Formerly Allied Corporation) Successor-in-Interest to Bendix Corporation; HOPEMAN BROTHERS, INC.; INTERNATIONAL MINERALS & CHEMICAL CORP., now known as I.M.C. Corporation; INTERNATIONAL PAPER CORPORATION, f/k/a Champion International Corporation, f/k/a U.S. Plywood Corp. & Champion Papers, Inc.; OWENS-ILLINOIS, INC.; RAPID AMERICAN CORPORATION; SELBY, BATTERSBY & CO., now known as SB Decking, Inc.; UNIROYAL, INC.; WACO INSULATION, INC., now known as Waco, Inc.; GARLOCK, INC.; GENERAL ELECTRIC CO.; METROPOLITAN LIFE INSURANCE CO.,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Robert J. Krask, Magistrate Judge. (4:14-cv-00091-RJK)

Submitted:  October 6, 2016          Decided:  November 21, 2016

_____

Before KING, FLOYD, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Paul A. Weykamp, LAW OFFICES OF PAUL A. WEYKAMP, Hunt Valley, Maryland, for Appellant. Patricia Bugg Turner, Henry N. Ware, Jr., Elizabeth Scott Turner, SPOTTS FAIN PC, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rorie N. Wilson appeals the magistrate judge's orders excluding the testimony of Wilson's expert witness and granting summary judgment in favor of the Appellee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. <u>Wilson v. CBS Corp.</u>, No. 4:14-cv-00091-RJK (E.D. Va. Nov. 19, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3